**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ITR AMERICA, LLC,

Plaintiff,

v. Case No: 8:24-cv-1027-CEH-LSG

FLORIDA TRACK & POWER, INC. and JOHN DOE, as Personal Representative of the Estate of Wayne Ballard,

Defendants.

---

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Lindsay S. Griffin on June 1, 2026 (Doc. 31). In the Report and Recommendation, Magistrate Judge Griffin recommends that the Court grant, in part, Plaintiff's Motion for an Award of Attorneys' Fees and Costs (Doc. 26) and award Plaintiff an attorney's fee of $22,463.50, together with $470.00 in costs, for a total award of $22,933.50. No objections were filed and the deadline to file objections has expired.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 31) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for an Award of Attorneys' Fees and Costs (Doc. 26) is **GRANTED in part.**

(3) Plaintiff is awarded attorneys' fees in the amount of $22,463.50 and costs in the amount of $470, for a total award of $22,933.50

(4) The Clerk is directed to enter Judgment in favor of Plaintiff ITR America, LLC, and against Defendant Florida Track & Power, Inc., in the amount of $22,933.50, as to attorneys' fees and costs.

**DONE AND ORDERED** in Tampa, Florida on July 21, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Lindsay S. Griffin
Counsel of Record